No. 94–8317. MILLER v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 94–8318. NORTHINGTON v. CIRCUIT COURT OF MICHIGAN, MONROE COUNTY, ET AL. Ct. App. Mich. Certiorari denied.

No. 94–8325. WALKER v. CALIFORNIA. Ct. App. Cal., 6th App. Dist. Certiorari denied.

No. 94–8329. DANIELS v. ILLINOIS. App. Ct. Ill., 2d Dist. Certiorari denied.

No. 94–8337. DUNN v. OHIO. C. A. 6th Cir. Certiorari denied.

No. 94–8352. HUSTON v. GOMEZ, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari denied.

No. 94–8353. GUILLORY v. WHITLEY, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 94–8354. ECKERT ET AL. v. ESTATE OF ECKERT. Ct. App. Kan. Certiorari denied.

No. 94–8386. SCHORN v. LaROSE ET AL. C. A. 6th Cir. Certiorari denied.

No. 94–8411. STAFFORD v. WARD, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 94–8452. KIDD v. HOOD, DEPUTY WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 94–8474. SANDFORD v. OHIO. Ct. App. Ohio, Cuyahoga County. Certiorari denied.

No. 94–8517. VAN HOOK v. OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 94–8539. LATSHAW v. FEDERAL BUREAU OF INVESTIGATION, F. O. I. A. SECTION. C. A. 3d Cir. Certiorari denied.